IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MATTHEW LEE FOSTER,

    Plaintiff,

v.                                          CASE NO. 5:10cv283-RH/CJK

MICHAEL ASTRUE,

    Defendant.

_____/

## ORDER REVERSING THE DENIAL OF BENEFITS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 13. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The Commissioner's decision denying the plaintiff's application for disability benefits is REVERSED. The case is remanded to the Commissioner for

an award of benefits.  The clerk must enter judgment and close the file.  The court reserves jurisdiction to award attorney's fees and costs.

    SO ORDERED on March 24, 2012.

                                    s/Robert L. Hinkle
                                    United States District Judge