IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MATTHEW LEE FOSTER,

    Plaintiff,

v.                              CASE NO.  5:10cv283-RH/CJK

CAROLYN W. COLVIN,

    Defendant.

_____/

### ORDER AWARDING ATTORNEY'S FEES

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 28.  No objections have been filed.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The plaintiff's motion for attorney's fees, ECF No. 26, is GRANTED.  The Secretary must pay attorney's fees of $16,124.75 to the plaintiff's attorney from the plaintiff's past due benefits.  The plaintiff's attorney must refund to the

plaintiff $2,968.75, the amount of the Equal Access to Justice Act fees previously awarded in this case.

 SO ORDERED on March 20, 2015.

         s/Robert L. Hinkle
         United States District Judge